# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

JEFFREY COPLIN, #54688-066                                              PETITIONER

VERSUS                                              CIVIL ACTION NO. 5:09-cv-7-DCB-MTP

BRUCE PEARSON and BUREAU OF PRISONS                            RESPONDENTS

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion denying Petitioner's request for a writ of mandamus issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 14th day of May, 2009.


s/ David Bramlette
UNITED STATES DISTRICT JUDGE